UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 1:06CR00131 ERW |
| ) | |
| DAMION L. TRIPP, ) | |
| ) | |
| Defendant(s). ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Terry I. Adleman [doc. #83] pursuant to 28 U.S.C. §636(b). The Court notes that no objections were filed to the Report and Recommendation. After consideration of the issues, the Court hereby sustains, adopts, and incorporates herein the Magistrate's Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's First motion to Suppress Evidence and Statements [doc. #62] is **DENIED**.

Dated this 5th Day of November, 2007.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

1